# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ISIAH LANG

NO. 2026 KW 0267

**JUNE 22, 2026**

---

In Re:   Isiah Lang, applying for rehearing, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-02369.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

   **REQUEST FOR REHEARING NOT CONSIDERED.** This court denied the original writ application. Therefore, an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.1, 2-18.2(1) & 2-18.7.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT